IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bruno Marco Carbone | : CHAPTER 7 |
| Debtor | : CASE NO. 18-13043-ELF |
| John Antonucci | : |
| v. | : ADVERSE NO. 19-221-ELF |
| Salvatore Carbone | : |

ORDER

AND NOW, this **20th day of April, 2020** the Plaintiff's Motion for an Extension of Time to file an Amended Complaint is hereby **GRANTED IN PART AND DENIED IN PART**. Plaintiff is **GRANTED** an extension until **May 4, 2020** to file an Amended Complaint.*

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

\*       The extension granted is far less than the 60 days requested by Plaintiff's counsel. Notwithstanding the understandable difficulties in the practice of law created by the COVID-19 pandemic (described in the Motion in general and generic fashion), in the circumstances presented in this adversary proceeding, no justification for such a lengthy extension have been presented.

Further, I presume that any pre-filing investigation was completed before the initial Complaint was filed and even the initial Complaint included a fairly detailed exposition of the facts that form the basis of the request for a revocation of the Debtor's discharge. Based on the rationale provided for the dismissal of the initial Complaint, minimal legal work appears necessary if the Plaintiff wishes to continue prosecuting the objection to discharge and therefore, intends to file an Amended Complaint.